## Commonwealth ex rel. Dalton, Appellant, *v.* Myers.

Submitted March 15, 1965.

*Joseph Dalton,* appellant, in propria persona; *Ward F. Clark,* First Assistant District Attorney, for appellee.
    Order affirmed.
    FLOOD, J., absent.